IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUGO SOTO and SHARON SOTO, individually and on behalf of similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> GREAT AMERICA LLC, d/b/a SIX FLAGS GREAT AMERICA and SIX FLAGS HURRICANE HARBOR, and DOES 1 to 10, <br><br> Defendants. | Case No. 17-cv-6902 <br><br> Judge Dow <br><br> Magistrate Judge Weisberg |

**PLAINTIFFS' MOTION TO SUPPLEMENT**

NOW COME Plaintiffs Hugo Soto and Sharon Soto, by and through their counsel, and requests this Honorable Court to submit as supplemental material, the January 25, 2018 Opinion and Order in the similar California FACTA case *Miranda v. Magic Mountain LLC*, CV 17-07483 SJO (SS) (C.D. Cal. Jan. 25, 2018), <u>Exhibit A</u>, remanding that matter back to state court and denying the defendant's motion to dismiss, in support of Plaintiff's pending motion remand this matter back to the Circuit Court of the Nineteenth Judicial Circuit, Lake County, now that on February 1, 2018 the JPML Panel denied Defendant's petition for consolidation of this matter with *Miranda* and two other cases. (Doc. 21).

Respectfully submitted,

By: /s/ Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis Green
Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

*Counsel for Plaintiffs*